UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EUGENE AUSTIN, JR.,<br><br>Petitioner,<br><br>v.<br><br>PFEIFFER, et al.,<br><br>Respondent. | Case No.: 17cv1950-MMA (WVG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 18]<br><br>**GRANTING RESPONDENT'S MOTION TO DISMISS;**<br><br>[Doc. No. 15]<br><br>**DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>[Doc. No. 12]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

On February 26, 2018, Petitioner Victor Eugene Austin, Jr., a state prisoner proceeding *pro se*, filed an Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. *See* Doc. No. 12. Respondent moves to dismiss the amended petition on

the primary ground that Petitioner is barred from seeking federal habeas relief by the applicable statute of limitations. *See* Doc. No. 15; 28 U.S.C. § 2244(d). Petitioner filed a response in opposition to the motion. *See* Doc. No. 17. The matter was referred to United States Magistrate Judge William V. Gallo for preparation of a Report and Recommendation pursuant to Title 28, section 636(b)(1), and Civil Local Rule HC.2.

Judge Gallo has issued a thorough and well-reasoned Report recommending that this Court grant Respondent's motion and dismiss the amended petition as untimely. *See* Doc. No. 18. To date, Petitioner has not filed an objection to the Report and Recommendation, and the time in which to do so has expired.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation, **GRANTS** Respondent's motion and **DISMISSES** Petitioner's amended petition with prejudice as untimely.

For the reasons set forth in detail in Judge Gallo's Report and Recommendation, Petitioner has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the Court **DECLINES** to issue a certificate of appealability.

The Clerk of Court is instructed to close the case and enter judgment in favor of Respondent.

**IT IS SO ORDERED**.

DATE: January 11, 2019

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] According to the California Department of Corrections and Rehabilitation's Identification Unit, on October 9, 2018, Petitioner was paroled and is now under the supervision of the San Diego County Probation Office. Because Judge Gallo issued his Report and Recommendation on November 16, 2018, and the record continues to reflect that Petitioner's current address is Kern Valley State Prison in Delano, California, it is unclear whether Petitioner received the copy of the Report and Recommendation served on him by the Clerk of Court via U.S. Mail. However, to date, the Clerk has not received any returned mail from the institution. And, pursuant to this District's Civil Local Rule 83.11, as a *pro se* party, it is Petitioner's responsibility to "keep the court and opposing parties advised as to current address." SD CivLR 83.11.b.